Another, Defendants, and THEATRE ZONE REALTY Co., INC., and HOTEL LINCOLN PROPERTIES, INC., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

A. M. HAZELL, INC., Appellant, v. THE CITY OF LONG BEACH, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

ELMER HORKITS, Appellant, v. WILLIAM BOWES and MARY BOWES, Respondents.— Motion for resettlement of order of March 2, 1931, granted and order resettled so as to provide that the motion to dismiss the appeal be denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached unless respondents' attorney give the usual stipulation in lieu of certification, in which event the appeal is ordered on the April term calendar. Motion to dispense with printing photographs, Exhibits 1 to 4, denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of ————————————.— Application denied as premature. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of LOUIS BEAULIEU, Relator, for a Certiorari Order against LEWIS E. LAWES, as Agent and Warden of Sing Sing Prison, at Ossining, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Probate of the Last Will and Testament of CATARINA PERCIAVALLE, Deceased.— Motion to dismiss appeal denied without prejudice to a renewal upon the argument. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Application of THOMAS VITELLI, Appellant, as Administrator, etc., of ROSE or ROSA VITELLI, etc., Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld by MARIANINO GIORDANO, Respondent.— Motion granted to the extent of staying respondent from using, collecting or disposing of any of the money on deposit in the savings bank or from using or disposing of any other personal property obtained from the decedent. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JAMAICA IRON WORKS, INC., Respondent, v. WACROSE CORPORATION and ROYAL INDEMNITY COMPANY, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JESSE KLEIN, Respondent, v. JOSEPH M. KLEIN, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, April 10, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion to vacate stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

WARREN J. LOCKWOOD, Respondent, v. HERMANN A. VEIT, Appellant.— Motion granted and order dated February 20, 1931, modified by providing that the stay therein mentioned be on condition that the undertaking directed be for $1,500